E-filing

1  SIDNEY J. COHEN, ESQ., State Bar No. 39023
   SIDNEY J. COHEN PROFESSIONAL CORPORATION
2  427 Grand Avenue
   Oakland, CA 94610
3  Telephone: (510) 893-6682

4  Attorneys for Plaintiff
   CAROLYN MARTIN

FILED
SEP - 7 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA             ADR

| | |
|---|---|
| CAROLYN MARTIN | CASE NO. |
|  | <u>Civil Rights</u> |
| Plaintiff, |  |
|  | C07-04627 BZ |
| v. |  |
| BENZIGER PROPERTIES, LLC; | **CERTIFICATION OF** |
| BENZIGER FAMILY WINERY; | **INTERESTED PARTIES** |
| and DOES 1-25, Inclusive, |  |
| Defendants. |  |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no interest to report.

Date: 9/6/07

SIDNEY J. COHEN
PROFESSIONAL CORPORATION

By _____

Sidney J. Cohen
Attorney for Plaintiff

Certification Of Interested Parties.