1  SIDNEY J. COHEN, ESQ., State Bar No.  39023
   SIDNEY J. COHEN PROFESSIONAL CORPORATION
2  427 Grand Avenue
   Oakland, CA  94610
3  Telephone:  (510) 893-6682

4  Attorneys for Plaintiff
   CAROLYN MARTIN

5

6              UNITED STATES DISTRICT COURT

7            NORTHERN  DISTRICT OF CALIFORNIA

8
   CAROLYN MARTIN                    CASE NO.   C 07-04627 BZ
9                                    Civil Rights
          Plaintiff,
10
          v.
11
   BENZIGER PROPERTIES, LLC;         **CONSENT TO PROCEED**
12 BENZIGER   FAMILY   WINERY;       **BEFORE A UNITED STATES**
   and DOES 1-25, Inclusive,         **MAGISTRATE  JUDGE**
13

14        Defendants.
                                  /
15

16 CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

17        In accordance with the provisions of Title 28, U.S.C. 636 (c), the

18 undersigned party hereby voluntarily consents to have a United States Magistrate

19 Judge conduct any and all further proceedings in the case, including trial, and order

20 the entry of a final judgment. Appeal from the judgment shall be taken directly to

21 the United States Court of Appeals for the Ninth Circuit.

22 Dated: 9/8/07                     SIDNEY J. COHEN
                                     PROFESSIONAL CORPORATION
23
                                          /s/ Sidney J Cohen
24                                   By_____
                                          Sidney J. Cohen
25                                        Attorney for Plaintiff

26

27

28

CONSENT TO MAGISTRATE JUDGE.