CARLE, MACKIE, POWER & ROSS LLP
DAWN M. ROSS (SBN 143028)
100 B Street, Suite 400
Santa Rosa, California 95401
Telephone: (707) 526-4200
Facsimile: (707) 526-4707

Attorneys for Benziger Properties, LLC,
Benziger Family Winery, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN MARTIN,<br><br>    Plaintiff(s),<br><br>v.<br><br>BENZIGER PROPERTIES, LLC, BENZIGER FAMILY WINERY, LLC and DOES 1 - 25, Inclusive,,<br><br>    Defendant(s). | Case No. C07-04627<br><br>**CERTIFICATION OF NON-PARTY INTERESTED ENTITIES OR PERSONS** |

Defendants Benziger Properties, LLC and Benziger Family Winery ("Defendants") hereby allege as follows:

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: 1) Mike Benziger; 2) Bob Benziger; 3) Joe Benziger; 4) Jerry Benziger; 5) Chris Benziger; 6) Tim Wallace; 7) Mark Burningham.

Dated: October 19, 2007

CARLE, MACKIE, POWER & ROSS LLP

/s/ Dawn M. Ross
DAWN M. ROSS
Attorney for Defendants, Benziger
Properties, LLC and Benziger Family
Winery, LLC

Case No. C07-04627                                    1                           Certification of Non-Party
                                                                                  Interested Entities or Persons