CARLE, MACKIE, POWER & ROSS
DAWN M. ROSS (SBN 143028)
100 B Street, Suite 400
Santa Rosa, CA 95401
Telephone: (707) 526-4200

Attorneys for Defendants
Benziger Properties, LLC and
Benziger Family Winery, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CAROLYN MARTIN,

    Plaintiff(s),

v.

BENZIGER PROPERTIES, LLC,
BENZIGER FAMILY WINERY, LLC AND
DOES 1 - 25, inclusive
    Defendant(s).

No. C 07-04627 BZ

DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 10/23/07

Signature: Dawn M Ross

Counsel for Defendants
(Plaintiff, Defendant, or indicate "pro se")