CARLE, MACKIE, POWER & ROSS LLP
DAWN M. ROSS (SBN 143028)
100 B Street, Suite 400
Santa Rosa, California 95401
Telephone: (707) 526-4200
Facsimile: (707) 526-4707

Attorneys for Defendants
Benziger Properties, LLC and
Benziger Family Winery

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
San Francisco Division

| | |
|---|---|
| CAROLYN MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>BENZIGER PROPERTIES, LLC, BENZIGER FAMILY WINERY, and DOES 1 - 25, Inclusive,,<br><br>Defendants. | Case No. C07-04627 JSW<br><br>**STIPULATION AND ORDER REVISING SCHEDULING ORDER [L.R. 6-2; 7-12]; DECLARATION OF DAWN M. ROSS IN SUPPORT OF STIPULATION**<br><br>Judge: Hon. Jeffrey S. White<br>Ctrm: 2<br><br>*Unlimited Matter* |

On September 7, 2007, the Judge Bernard Zimmerman issued the Scheduling Order for Cases Asserting Denial of Right of Access Under Americans with Disabilities Act Title III (42 U.S.C. §§ 12181 – 89) in the above-captioned matter. Pursuant to that order, the last day for the parties and counsel to complete the joint inspection of the premises at issue was December 17, 2007, [General Order 56, ¶3, 4]. Following the last day to complete the joint inspection, December 27, 2007, was the last day for the parties to meet and confer to discuss settlement [General Order 56, ¶ 4]. Further, based on the last day to complete the joint inspection, February 1, 2008, is the last day for Plaintiff to request mediation.

The joint inspection in this matter was initially scheduled for December 4, 2007. Defendants' expert, Mr. Kim Blackseth, suffered from serious health complications that

Case No. C07-04627                                1                         Stipulation and Order;
                                                                            Declaration of Dawn M.
                                                                            Ross

ultimately required a 6-week hospitalization. Mr. Blackseth, at the time of this stipulation, is again in the hospital due to medical complications. The foregoing hospitalizations have prevented the parties from completing the required joint inspection of the premises.

Defendants expect that the joint inspection of the premises can be completed by mid February 2008.

In order to allow the parties to comply with General Order 56, ¶¶ 3, 4 and complete the joint inspection of the premises and related deadlines, the parties, through their attorneys of record, hereby stipulate to the following:

1) The last day for parties and counsel to hold joint inspection of the premises is continued 60 days and will be completed by February 15, 2008.

2) Pursuant to General Order 56, ¶ 4, 10 business days after the Joint Site Inspection, is the last day for the parties to meet and confer in person to discuss settlement.

3) Pursuant to General Order 56, ¶ 6, 45 days after the Joint Site Inspection is the last day for Plaintiff to file "Notice of Need for Mediation."

Dated: 1/23, 2008

CARLE, MACKIE, POWER & ROSS LLP

*/s/ Dawn M. Ross/*
DAWN M. ROSS
Attorney for Defendants
Benziger Properties, LLC and Benziger Family Winery

Dated: _____, 2008

SIDNEY J. COHEN
Attorney for Plaintiff
Carol Martin

Case No. C07-04627    2    Stipulation and Order; Declaration of Dawn M. Ross

CARLE, MACKIE, POWER & ROSS LLP

JAN-22-08 TUE 04:51 PM   CMPR LLP                FAX NO. 707 526 4707           P. 03

1  ultimately required a 6-week hospitalization. Mr. Blackseth, at the time of this stipulation, is
2  again in the hospital due to medical complications. The foregoing hospitalizations have
3  prevented the parties from completing the required joint inspection of the premises.
4      Defendants expect that the joint inspection of the premises can be completed by mid
5  February 2008.
6      In order to allow the parties to comply with General Order 56, ¶¶ 3, 4 and complete the
7  joint inspection of the premises and related deadlines, the parties, through their attorneys of
8  record, hereby stipulate to the following:
9    1)    The last day for parties and counsel to hold joint inspection of the
10         premises is continued 60 days and will be completed by February 15,
11         2008.
12   2)    Pursuant to General Order 56, ¶ 4, 10 business days after the Joint Site
13         Inspection, is the last day for the parties to meet and confer in person to
14         discuss settlement.
15   3)    Pursuant to General Order 56, ¶ 6, 45 days after the Joint Site Inspection is
16         the last day for Plaintiff to file "Notice of Need for Mediation."

Dated: _____, 2008           CARLE, MACKIE, POWER & ROSS LLP

                                           DAWN M. ROSS
                                           Attorney for Defendants
                                           Benziger Properties, LLC and Benziger
                                           Family Winery

Dated: 1/22, 2008

                                           SIDNEY J. COHEN
                                           Attorney for Plaintiff
                                           Carol Martin

01/22/2008 17:21  5108535458  SIDNEY J COHEN ESQ  PAGE 03/05

**DECLARATION OF DAWN M. ROSS
IN SUPPORT OF STIPULATION AND ORDER REVISING
SCHEDULING ORDER [L.R. 6-2(a)]**

I, Dawn M. Ross, declare as follows:

1. I am an attorney with the law firm of Carle Mackie Power & Ross LLP, attorneys of record for Defendants BENZIGER PROPERTIES, LLC and BENZIGER FAMILY WINERY.

2. I have personal knowledge of the facts set forth in this declaration and if called upon I could and would competently testify as follows:

3. Plaintiff CAROLYN MARTIN filed led a complaint in the above-entitled Court on September 7, 2007, naming defendants BENZIGER PROPERTIES, LLC and BENZIGER FAMILY WINERY.

4. The last day for parties and counsel to complete the joint inspection of the premises at issue pursuant to General Order 56, ¶¶ 3, 4 was December 17, 2007.

5. Defendants BENZIGER PROPERTIES, LLC and BENZIGER FAMILY WINERY retained ADA expert Mr. Kim Blackseth to assist with the joint inspection and evaluation of the premises on their behalf.

6. The joint inspection of the premises by parties, counsel, and their respective experts was scheduled for December 4, 2007.

7. I have been informed and believe, that due to medical complications, Mr. Blackseth was hospitalized and unable to attend the scheduled joint inspection of the premises. His hospitalization extended over a six week period and at the time of this declaration, he is again requiring hospitalization for medical treatment.

///
///
///
///
///

8. I am informed and believe that the joint inspection can be completed within the next 60 days.

I declare under penalty of perjury under the laws of the United States of America that foregoing is true and correct. Executed within the United States on this 23 day of January, 2008.

CARLE, MACKIE, POWER & ROSS LLP

_____
DAWN M. ROSS (143028)

## ORDER APPROVING STIPULATION TO REVISE SCHEDULING ORDER

Having read and considered the foregoing Stipulation and Declaration of Dawn M. Ross and GOOD CAUSE APPEARING,

The Court hereby continues the last day for parties and counsel to hold the joint inspection of the premises to February 15, 2008. All deadlines pursuant to General Order 56 relating to the joint inspection will extend from the date set forth in this order.

IT IS SO ORDERED.

DATED: January 23, 2008

_____
The Honorable Jeffrey S. White

Case No. C07-04627           4           Stipulation and Order; Declaration of Dawn M. Ross

CARLE, MACKIE, POWER & ROSS LLP