1  SIDNEY J. COHEN, ESQ., State Bar No.  39023
   SIDNEY J. COHEN PROFESSIONAL CORPORATION
2  427 Grand Avenue
   Oakland, CA  94610
3  Telephone:  (510) 893-6682

4  Attorneys for Plaintiff
   CAROLYN MARTIN

5

6              UNITED STATES DISTRICT COURT

7            NORTHERN  DISTRICT OF CALIFORNIA

8
   CAROLYN MARTIN                    CASE NO.   C 07-04627 JSW
9                                    Civil Rights
        Plaintiff,
10
             v.
11
   BENZIGER PROPERTIES, LLC;         **NOTICE OF NEED FOR**
12 BENZIGER   FAMILY   WINERY;       **MEDIATION (ADA ACCESS**
   and DOES 1-25, Inclusive,         **CASES)**
13

14      Defendants.
                                   /
15

16
        Plaintiff reports that a joint site inspection occurred on February 8, 2008.
17
   Although 45 days have passed, the parties have not reached an agreement. In
18
   accordance with General Order No. 56, the matter should be set for mediation.
19
   Dated: 3/25/08                     SIDNEY J. COHEN
20                                     PROFESSIONAL CORPORATION

21                                          /S/ Sidney J. Cohen
                                       By_____
22                                        Sidney J. Cohen
                                          Attorney for Plaintiff
23

24

25

26

27

28

Notice Of Need For Mediation