# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Martin, | 07-04627 JSW MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| Benziger Properties, LLC, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Kenneth H. Natkin**
Attorney at Law - Mediator - Arbitrator
1901 Harrison Street, Suite 900
Oakland, CA 94612
510-273-8650
ken@natkinlaw.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-04627 JSW MED                     - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: April 10, 2008

```
                             RICHARD W. WIEKING
                             Clerk
                             by:    Alice M. Fiel


                             _____
                             ADR Case Administrator
                             415-522-3148
                             Alice_Fiel@cand.uscourts.gov
```