1  CARLE, MACKIE, POWER & ROSS LLP
   DAWN M. ROSS (SBN 143028)
2  100 B Street, Suite 400
   Santa Rosa, California 95401
3  Telephone: (707) 526-4200
   Facsimile: (707) 526-4707
4
   Attorneys for Defendants
5  Benziger Properties, LLC and
   Benziger Family Winery
6

7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA
                      San Francisco Division
10

11  CAROLYN MARTIN,                    Case No. C07-04627 JSW

12        Plaintiff,                   **STIPULATION AND ORDER SEALING
                                       SETTLEMENT AGREEMENT**
13     v.

14  BENZIGER PROPERTIES, LLC, BENZIGER
    FAMILY WINERY, and DOES 1 - 25,
15  Inclusive,,                        Judge: Hon. Jeffrey S. White
                                       Ctrm: 2
16        Defendants.
                                       *Unlimited Matter*
17

18        It is hereby by stipulated, by and between the parties, through their attorneys of record

19  that the Mutual Release and Settlement Agreement in this matter shall be lodged with this court

20  under seal.

21  IT IS SO STIPULATED.

22  Dated: May 30, 2008              CARLE, MACKIE, POWER & ROSS LLP

23

24                                   DAWN M. ROSS
25                                   Attorney for Defendants
                                     Benziger Properties, LLC
26                                   and Benziger Family  Winery

27

28

CARLE, MACKIE,
POWER & ROSS LLP   Case No. C07-04627                        Stipulation & Order

                                        1

1   Dated: May 30, 2008                    SIDNEY J. COHEN
                                           A PROFESSIONAL CORPORATION
2

3                                          SIDNEY J. COHEN
                                           Attorney for Plaintiff
4                                          Carolyn Martin

5

6           PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS HEREBY

7   ORDERED, that the Mutual Release and Settlement Agreement entered into by and between the

8   parties May 15, 2008, be lodged with this court under seal.

9

10  Date:

11                                         Hon Jeffrey S. White
                                           Judge of the U.S. District Court
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CARLE, MACKIE,
POWER & ROSS LLP    Case No. C07-04627                              Stipulation & Order

                                        2