1  CARLE, MACKIE, POWER & ROSS LLP
   DAWN M. ROSS (SBN 143028)
2  100 B Street, Suite 400
   Santa Rosa, California 95401
3  Telephone: (707) 526-4200
   Facsimile: (707) 526-4707
4
   Attorneys for Defendants
5  Benziger Properties, LLC and
   Benziger Family Winery
6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
San Francisco Division

| | |
|---|---|
| CAROLYN MARTIN, | Case No. C07-04627 JSW |
| Plaintiff, | **MOTION FOR ADMINISTRATIVE RELIEF (REQUEST TO LODGE DOCUMENT UNDER SEAL)** [L.R. 7.11; L.R. 79.5] and **MEMORANDUM OF POINTS AND AUTHORITIES** |
| v. | |
| BENZIGER PROPERTIES, LLC, BENZIGER FAMILY WINERY, and DOES 1 - 25, Inclusive,, | |
| Defendants. | |
| | Judge: Hon. Jeffrey S. White<br>Ctrm: 2<br><br>*Unlimited Matter* |

**MOTION FOR ADMINISTRATIVE RELIEF (REQUEST TO LODGE DOCUMENT UNDER SEAL) PURSUANT TO L.R. 7.11; L.R. 79.5**

Pursuant to U.S. Dist. Ct., Northern Dist. Cal., rules 7-11 and 79.5, the parties to the above-entitled matter respectfully request that the confidential Mutual Release and Settlement Agreement entered into May 15, 2008, by and between the parties be lodged with this Court under seal.

///

///

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF (REQUEST TO LODGE DOCUMENT UNDER SEAL)**

## I.

## FACTUAL BACKGROUND

Plaintiff Carolyn Martin is a disabled person who requires the use of a wheelchair. On September 7, 2007, Plaintiff filed a lawsuit against Defendants for alleged access problems at its Sonoma County winery. After working with ADA expert consultants, the parties were able to reach settlement on the injunctive relief items. Thereafter, counsel were able to negotiate a settlement as to damages and attorneys' fees.

On May 15, 2008, the parties executed a Mutual Release and Settlement Agreement ("Agreement"). Pursuant to the Agreement, on May 20, 2008, Plaintiff e-filed a Stipulation & Order for Dismissal. Thereafter, the court contacted counsel to advise that the judge wished to review the Agreement prior to entering the Order for Dismissal. While Defendants do not object to the court's review of the Agreement, they do not wish the Agreement to be available for review by the general public.

## II.

## DEFENDANTS CONSIDER THE SETTLEMENT CONFIDENTIAL AND DO NOT WANT IT TO BE AVAILABLE TO THE GENERAL PUBLIC

U.S. Dist. Ct., Northern Dist. Cal., rule 79.5, provides that "[n]o document may be filed under seal, i.e., closed to inspection by the public, except pursuant to a Court order that authorizes the sealing of the particular document, or portions thereof. A sealing order may issue only upon a request that establishes that the document, or portions thereof, is privileged or protectable as a trade secret or otherwise entitled to protection under the law."

In this case, Defendants are asking that a single document, the Mutual Release and Settlement Agreement, be filed under seal as they consider it confidential and necessary to protect the privacy of their business interests and goodwill, and to deter similar suits against them. Plaintiff has stipulated to this request.

Court's have consistently granted protective orders to protect the confidentiality of

settlement agreements, finding that the balance weighs in favor of the right of privacy and potential injury to individuals and entities against the public's "right to know." See, e.g. *Phillips v. GMC* (9th Cir. 2002) 307 F.3d 1206, 1212.

## III.

## CONCLUSION

For the reasons set forth above, Defendants respectfully request that they be allowed to file the Mutual Release and Settlement Agreement in this case under seal.

Dated: May 30, 2008

CARLE, MACKIE, POWER & ROSS LLP

*[signature]*

DAWN M. ROSS
Attorney for Defendants
Benziger Properties, LLC
and Benziger Family Winery