CARLE, MACKIE, POWER & ROSS LLP
DAWN M. ROSS (SBN 143028)
100 B Street, Suite 400
Santa Rosa, California 95401
Telephone: (707) 526-4200
Facsimile: (707) 526-4707

Attorneys for Defendants
Benziger Properties, LLC and
Benziger Family Winery

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
San Francisco Division

| | |
|---|---|
| CAROLYN MARTIN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BENZIGER PROPERTIES, LLC, BENZIGER FAMILY WINERY, and DOES 1 - 25, Inclusive,,<br><br>　　　　Defendants. | Case No. C07-04627 JSW<br><br>**DECLARATION OF DAWN M. ROSS IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF (REQUEST TO LODGE DOCUMENT UNDER SEAL) [L.R. 7.11; L.R. 79.5]**<br><br>Judge: Hon. Jeffrey S. White<br>Ctrm: 2<br><br>*Unlimited Matter* |

**DECLARATION OF DAWN M. ROSS IN SUPPORT OF
MOTION FOR ADMINISTRATIVE RELIEF (REQUEST TO LODGE DOCUMENT
UNDER SEAL) [L.R. 7-11; L.R. 79.5]**

I, Dawn M. Ross, declare as follows:

1. I am a partner with the law firm of Carle Mackie Power & Ross LLP, attorneys of record for Defendants Benziger Family Properties, LLC and Benziger Family Winery, LLC erroneously sued as Benziger Family Winery.

2. I have personal knowledge of the facts set forth in this declaration and if called

Case No. C07-04627　　　　　　　　　　1　　　　　　　　　　Declaration of Dawn M. Ross
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Motion for Administrative Relief

CARLE, MACKIE,
POWER & ROSS LLP

upon I could and would competently testify as follows:

3. Plaintiff Carolyn Martin filed her complaint asserting denial of right of access under the Americans With Disabilities Act in this matter September 7, 2007.

4. After joint site inspections by the parties' experts and private settlement discussions, the matter was resolved without further court intervention.

5. Settlement was consummated by a private Mutual Release and Settlement Agreement between the parties May 15, 2008.

6. On May 20, 2008, pursuant to the terms of the Mutual Release and Settlement Agreement, Plaintiff's counsel e-filed a Stipulation and Order for Dismissal to the Court for approval.

7. The Court has requested a copy of the Mutual Release and Settlement Agreement between the parties prior to its approving the Stipulation and Order for Dismissal.

8. My clients feel strongly that the terms of Mutual Release and Settlement Agreement should not be made available to the general public in order to protect the privacy of the business interests and goodwill of Benziger Family Properties, LLC and Benziger Family Winery, LLC. Benzinger is also concerned that if the groups of active ADA Plaintiffs are able to access the Settlement Agreement, it could encourage further lawsuits against them.

9. Plaintiff's counsel, Sid Cohen, has advised me that he and his client do not oppose filing the Settlement Agreement under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed within the County of Sonoma on this 30th day of May, 2008.

Dated: May 30, 2008

CARLE, MACKIE, POWER & ROSS LLP

DAWN M. ROSS
Attorney for Defendants
Benziger Properties, LLC
and Benziger Family Winery

Case No. C07-04627    2    Declaration of Dawn M. Ross
Motion for Administrative Relief

CARLE, MACKIE,
POWER & ROSS LLP