CARLE, MACKIE, POWER & ROSS LLP
DAWN M. ROSS (SBN 143028)
100 B Street, Suite 400
Santa Rosa, California 95401
Telephone: (707) 526-4200
Facsimile: (707) 526-4707

Attorneys for Defendants
Benziger Properties, LLC and
Benziger Family Winery

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
San Francisco Division

| | |
|---|---|
| CAROLYN MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>BENZIGER PROPERTIES, LLC, BENZIGER FAMILY WINERY, and DOES 1 - 25, Inclusive,,<br><br>Defendants. | Case No. C07-04627 JSW<br><br>**STIPULATION AND ORDER SEALING SETTLEMENT AGREEMENT**<br><br>Judge: Hon. Jeffrey S. White<br>Ctrm: 2<br><br>*Unlimited Matter* |

It is hereby by stipulated, by and between the parties, through their attorneys of record that the Mutual Release and Settlement Agreement in this matter shall be lodged with this court under seal.

IT IS SO STIPULATED.

Dated: May 30, 2008

CARLE, MACKIE, POWER & ROSS LLP

/s/ Dawn M. Ross
DAWN M. ROSS
Attorney for Defendants
Benziger Properties, LLC
and Benziger Family Winery

Case No. C07-04627                                                                   Stipulation & Order

1

Dated: May 30, 2008

SIDNEY J. COHEN
A PROFESSIONAL CORPORATION

_____
SIDNEY J. COHEN
Attorney for Plaintiff
Carolyn Martin

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED, that the Mutual Release and Settlement Agreement entered into by and between the parties May 15, 2008, be lodged with this court under seal.

Date: May 30, 2008

_____
Hon. Jeffrey S. White
Judge of the U.S. District Court

CARLE, MACKIE,
POWER & ROSS LLP

Case No. C07-04627

Stipulation & Order

2