```
 1  SIDNEY J. COHEN, ESQ., State Bar No. 39023
    SIDNEY J. COHEN PROFESSIONAL CORPORATION
 2  427 Grand Avenue
    Oakland, CA 94610
 3  Telephone: (510) 893-6682

 4  Attorneys for Plaintiff
    CAROLYN MARTIN
 5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CAROLYN MARTIN, | CASE NO. C 07-04627 JSW |
|---|---|
| Plaintiff, | <u>Civil Rights</u> |
| v. | |
| BENZIGER PROPERTIES, LLC; BENZIGER FAMILY WINERY; and DOES 1-25, Inclusive, | **STIPULATION AND ORDER FOR DISMISSAL** |
| Defendants. | FRCP section 41 (a) (1) (ii) |

Plaintiff Carolyn Martin and defendants Benziger Properties, LLC and Benziger Family Winery, LLC (erroneously sued as "Benziger Family Winery"), by and through their attorneys of record, file this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure section 41 (a) (1) (ii).

Plaintiff filed this lawsuit on September 7, 2007.

Plaintiff and defendants have entered into a "Mutual Release And Settlement Agreement" which settles all aspects of the lawsuit against all defendants. A copy of the "Mutual Release And Settlement Agreement" is incorporated by reference herein as if set forth in full. Plaintiff and defendants stipulate to the court retaining jurisdiction to enforce the "Mutual Release And Settlement Agreement."

Plaintiff moves to dismiss with prejudice the lawsuit against defendants.

Defendants, who have answered the Complaint, agree to the dismissal with prejudice.

This case is not a class action, and no receiver has been appointed.

Stipulation And Order For Dismissal

1  This Stipulation and Order may be signed in counterparts, and facsimile signatures shall
2  be as valid and as binding as original signatures.
3  Wherefore, plaintiff and defendants, by and through their attorneys of record, so
4  stipulate.

5  Date: 5/20/08

SIDNEY J. COHEN
PROFESSIONAL CORPORATION

/s/ Sidney J. Cohen

Sidney J. Cohen
Attorney for Plaintiff Carolyn Martin

Date: 5/19/08

CARLE, MACKIE, POWER
& ROSS, LLP

/s/ Dawn M. Ross

Dawn M. Ross
Attorney for All Defendants

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:

The lawsuit against defendants is dismissed with prejudice. The Court shall retain jurisdiction to enforce the parties' "Mutual Release And Settlement Agreement."

Date:  June 4, 2008

Jeffrey S. White
United States District Court Judge

Stipulation And Order For Dismissal                -1-